FILED
CLERK
11/7/2018 6:51 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT REPKA,

        Plaintiff,

  -against-                                  **ORDER**
                                              17-CV-7040 (JMA) (GRB)

MARK FRANCIS TOCCI et al,

        Defendants.
------------------------------------------------------------X

**AZRACK, United States District Judge:**

    This action was filed on November 30, 2017. On September 21, 2018, the Court granted pro se plaintiff's application to proceed in forma pauperis and dismissed the complaint without prejudice. Plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of the order. To date, plaintiff has not filed an amended complaint nor has he otherwise communicated with the Court about this case. Accordingly, judgment in this case shall now enter.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    The Clerk of Court is directed to mail a copy of this Order to the pro se plaintiff at his last known address and to mark this case closed.

**SO ORDERED.**

Date:   November 7, 2018
           Central Islip, New York

                                                                \_\_\_\_\_/s/ JMA_____
                                                                  Joan M. Azrack
                                                                  United States District Judge